# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**CHRISTOPHER THORNSBERRY**                                               **PLAINTIFF**
**ADC #169180**

**v.**                        **CASE NO. 2:20-CV-00239-BSM**

**ROOSEVELT BARDEN,** *et al.*                                          **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe Volpe's proposed findings and recommendations [Doc. No. 5] are adopted. Christopher Thornberry's claims are dismissed without prejudice because he has failed to state any claims upon which relief can be granted. The dismissal constitutes a strike for purposes of 28 U.S.C. section 1915(g), and it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 22nd day of April, 2021.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE