IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER THORNSBERRY**                           **PLAINTIFF**
**ADC #169180**

v.                 **CASE NO. 2:20-CV-00239-BSM**

**ROOSEVELT BARDEN,** *et al.*                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 22nd day of April, 2021.

                                                   _/s/ Brian S. Miller_
                                                   UNITED STATES DISTRICT JUDGE