**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

CHRISTOPHER ALLEN THORNSBERRY    *
ADC #169180                                    *
                                         *
         Plaintiff,              *
v.                                        *           No. 2:20-cv-00239-JJV
                                         *
ROOSEVELT G. BARDEN,             *
Captain, East Arkansas Regional Unit, *et. al*   *
                                         *
         Defendants.          *

## JUDGMENT[1]

Pursuant to the Orders entered previously and today, it is considered, ordered, and adjudged

that Plaintiff's claims are DISMISSED, and this case is CLOSED. I certify, pursuant to 28 U.S.C.

§ 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 21st day of September 2022.

                                                   _____
                                                   JOE J. VOLPE
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] On November 17, 2021, the parties consented to proceed before me. (Doc. 32.)